**Surron BUCKLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 102573

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: November 24, 2015

Kevin B. Gau, Assistant Public Defender, 1010 Market St., Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Christine K. Lesicko, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

*ORDER*

PER CURIAM.

Surron Buckley appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).